UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jonas Sebastian Jodicke

Plaintiff,

v.

Case No.: 1:24−cv−00378

Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 22, 2024:

MINUTE entry before the Honorable Charles P. Kocoras: Motion by Defendants GOODOLD, JIDOANCK, MeiRongSen, ShenZhenShiXiuRongDianZiShangWuYouXianGongS i, Unicey, and yanlan1331 for Extension of Time [33] is granted. Defendants GOODOLD, JIDOANCK, MeiRongSen, ShenZhenShiXiuRongDianZiShangWuYouXianGongS i, Unicey, and yanlan1331 shall answer the complaint [1] or otherwise plead by 3/25/24. Plaintiff's Motion for Entry of Default and Default Judgment [29] is taken under advisement; Court will rule by mail. Plaintiff is directed to send a proposed order and the First Amended Schedule A to Proposed_Order_Kocoras@ilnd.uscourts.gov by 2/29/24. Hearing set for 2/27/24 is stricken. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.